**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,     )
                              )
            v.                )    Criminal No.
                              )
FIDEL DIAZ,                   )    18 U.S.C. § 371
                              )
            Defendant.        )
_____)


_____**INFORMATION**_____

The United States of America informs the Court that:

**COUNT ONE
Conspiracy
18 U.S.C. § 371**

At all relevant times to this Information:

1.    Defendant FIDEL DIAZ was employed as an official of the United States Department of Defense (DOD), serving as the Chief of the Supply and Storage Division ("Chief") for the United States Army, Department of Public Works (DPW) for United States Forces, Korea (USFK) and responsible for purchases of material by and for the DOD used by the DPW at Camp Giant, Korea.

2.    The DPW was responsible for performing engineer support functions related to the operation, maintenance, repair, and construction of USFK facilities located on 16 United States Army installations in the Western Corridor region of Korea.

3.   Defendant FIDEL DIAZ in his capacity as Chief approved or directed others to approve purchases from and payments to Korean companies for the performance of services and provision of supplies for USFK.

4.   Defendant FIDEL DIAZ in his capacity as Chief also served as the Accountable Officer for all government purchases made by DPW Supply Division employees through the United States Government Purchase Card (GPC) program, which permits certain government officials to purchase goods and services of less than $25,000 on a government credit card.

5.   Coconspirator One owned and operated a Korean company doing business with the DOD in Seoul, Korea.

6.   Coconspirator Two owned and operated a Korean company doing business with the DOD in Seoul, Korea.

7.   Coconspirator Three was employed by a Korean company doing business with the DOD in Seoul, Korea.

## OBJECT OF THE CONSPIRACY

8.   Beginning in or about March 22, 2002 and continuing until approximately July 26, 2004, in Seoul, Korea and elsewhere, Defendant FIDEL DIAZ, a public official, did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the United States, to commit an offense against the United States by devising a scheme and artifice to defraud the United States and to obtain its money and property by

2

means of materially false and fraudulent pretenses, representations, and promises and to deprive the United States of its intangible right to the honest, loyal, and faithful services of Defendant FIDEL DIAZ by interstate wire transmissions, in violation of Title 18, United States Code, Sections 1343 and 1346.

### MANNER AND MEANS OF THE CONSPIRACY

9.    Defendant FIDEL DIAZ would and did use his official position to violate DOD contracting rules and falsify numerous purchasing documents causing the DPW to purchase non-existent electrical transformers from Coconspirator One and Coconspirator Two.

10.    Defendant FIDEL DIAZ would and did direct his subordinate employees to sign blank GPC credit card transactions.

11.    Defendant FIDEL DIAZ would and did use his and his subordinates' GPC credit cards to authorize the payment of $247,815.21 to Coconspirator One and Coconspirator Two from DOD in payment for the acquisition and delivery of 37 electrical transformers that were never delivered to the DPW.

12.    Defendant FIDEL DIAZ would and did create fraudulent purchase orders and delivery receipts to facilitate the non-existent purchase by the DPW of an additional three (3) electrical transformers from Coconspirator One and payment by DOD

for the transformers of $61,163.37 to Coconspirator Three,
$55,000 of which Coconspirator Three passed on to Coconspirator
One.

13.  Defendant FIDEL DIAZ would and did falsify numerous
delivery receipt documents verifying that 40 electrical
transformers had been delivered to the DPW by Coconspirator One
and Coconspirator Two when in fact no transformers were ever
delivered.

14.  Defendant FIDEL DIAZ would and did solicit
and accept at least $200,000 in cash from Coconspirator One and
Coconspirator Two in exchange for his facilitating the fraudulent
purchases of electrical transformers by the DPW.

## OVERT ACTS

15.  In furtherance of the conspiracy and in order to
accomplish its objects, the following overt acts, among others,
were committed by one or more of the conspirators in Seoul, Korea
and elsewhere:

        a.  On or about March 22, 2002, Defendant FIDEL DIAZ
created fraudulent bids, purchase documents, delivery receipts,
and credit card transactions to facilitate the DPW's purchase of
seven (7) electrical transformers that were supposed to be
provided by Coconspirator One.

        b.  On or about March 22, 2002, Defendant FIDEL DIAZ

authorized his GPC credit card to be charged approximately
$20,000 payable to Coconspirator One in exchange for
Coconspirator One providing Defendant Fidel Diaz with 80 percent
of the sale amount in cash.  All of the funds charged on the GPC
credit card were electronically transmitted from the GPC Visa,
Inc. Finance Center in Seoul, Korea to Coconspirator One's
personal bank account with KEB Bank in Munsan, Korea.

c.  On or about March 25, 2002, Coconspirator One wire
transferred the GPC payment from his KEB bank account to his
personal bank account with Hana Bank in Panmunjom, Korea and
withdrew approximately $16,000 in cash which he gave to Defendant
FIDEL DIAZ.

d.   On or about April 24, 2002, Defendant FIDEL DIAZ
created fraudulent bids, purchase documents, delivery receipts,
and credit card transactions to facilitate the DPW's purchase of
five (5) electrical transformers to be provided by Coconspirator
One.

e.  On or about April 24, 2002, Defendant FIDEL DIAZ
authorized his GPC credit card to be charged approximately $9,250
payable to Coconspirator One in exchange for Coconspirator One
providing Defendant Fidel Diaz with 80 percent of the sale amount
in cash.  All of the funds charged on the GPC credit card were
electronically transmitted from the GPC Visa, Inc. Finance Center

in Seoul, Korea to Coconspirator One's personal bank account with KEB Bank in Munsan, Korea.

       f.  On or about April 27, 2002, Coconspirator One wire transferred the GPC payment from his KEB bank account to his personal bank account with Hana Bank in Panmunjom, Korea and withdrew approximately $7,400, in cash which he gave to Defendant FIDEL DIAZ.

       g.  On or about May 6, 2002, Defendant FIDEL DIAZ created fraudulent bids, purchase documents, delivery receipts, and credit card transactions to facilitate the DPW's purchase of three (3) electrical transformers to be provided by Coconspirator One.

       h.  On or about May 6, 2002, Defendant FIDEL DIAZ authorized his GPC credit card to be charged approximately $71,000 payable to Coconspirator One in exchange for Coconspirator One providing Defendant Fidel Diaz with 80 percent of the sale amount in cash.  All of the funds charged on the GPC credit card were electronically transmitted from the GPC Visa, Inc. Finance Center in Seoul, Korea to Coconspirator One's personal bank account with KEB Bank in Munsan, Korea.

       i.  On or about May 9, 2002, Coconspirator One wire transferred the GPC payment from his KEB bank account to his personal bank account with Hana Bank in Panmunjom, Korea and

withdrew approximately $56,800 in cash, which he gave to Defendant FIDEL DIAZ.

j.  On or about August 28, 2002, Defendant FIDEL DIAZ created fraudulent bids, purchase documents, delivery receipts, and credit card transactions to facilitate the DPW's purchase three (3) electrical transformers to be provided by Coconspirator One.

k.  On or about August 28, 2002, Defendant FIDEL DIAZ authorized his GPC credit card to be charged approximately $52,212.43 payable to Coconspirator One in exchange for Coconspirator One providing Defendant Fidel Diaz with 80 percent of the sale amount in cash.  All of the funds charged on the GPC credit card were electronically transmitted from the GPC Visa, Inc. Finance Center in Seoul, Korea to Coconspirator One's personal bank account with KEB Bank in Munsan, Korea.

l.  On or about November 1, 2002, Coconspirator One wire transferred the GPC payment from his KEB bank account to his personal bank account with Hana Bank in Panmunjom, Korea and withdrew approximately $41,769.94 in cash, which he gave to Defendant FIDEL DIAZ.

7

m.  On or about November 1, 2002, Defendant FIDEL DIAZ created fraudulent bids, purchase documents, delivery receipts, and credit card transactions to facilitate the DPW's purchase of nine (9) electrical transformers to be provided by Coconspirator Two.

n.  On or about November 1, 2002, Defendant FIDEL DIAZ authorized his subordinates' GPC credit cards to be charged approximately $49,896.88 payable to Coconspirator Two in exchange for Coconspirator Two providing Defendant Fidel Diaz with 80 percent of the sale amount in cash.  All of the funds charged on the GPC credit card were electronically transmitted from the GPC Visa, Inc. Finance Center in Seoul, Korea to Coconspirator Two's bank account with in Seoul, Korea.

o.  On or about November 4, 2002, Coconspirator Two withdrew approximately $40,000 in cash, which he gave to Defendant FIDEL DIAZ.

p.  On or about November 4, 2002, Defendant FIDEL DIAZ created fraudulent purchase documents for the DPW to purchase ten (10) electrical transformers to be provided by Coconspirator One.

q.  On or about November 4, 2002, Defendant FIDEL DIAZ authorized his GPC credit card to be charged approximately $69,141 payable to Coconspirator One in exchange for Coconspirator One providing Defendant Fidel Diaz with 80 percent

8

of the sale amount in cash.  All of the funds charged on the GPC credit card were electronically transmitted from the GPC Visa, Inc. Finance Center in Seoul, Korea to Coconspirator One's personal bank account with KEB Bank in Munsan, Korea.

r.  On or about November 8, 2002, Coconspirator One wire transferred the GPC payment from his KEB bank account to his personal bank account with Hana Bank in Panmunjom, Korea and withdrew approximately $55,313 in cash, which he gave to Defendant FIDEL DIAZ.

s.  On or about December 15, 2003, Defendant FIDEL DIAZ created and approved false purchase and payment orders for Coconspirator One to receive a wire transfer payment of $61,163.37 from DOD for the non-existent purchase of three (3) electrical transformers.

t.  On or about December 18, 2003, Defendant FIDEL DIAZ created a false delivery receipt and signed as the Accountable Officer for the delivery of three (3) non-existent transformers.

u.  On or about January 1, 2004, the DOD wire transferred $61,163.37 in payment for non-existent transformers to Coconspirator Three's company.  Coconspirator Three, as arranged and directed by Defendant FIDEL DIAZ, then wire transferred $55,000 of this amount to Coconspirator One's KEB bank account in Munsan, Korea.

v.  On or about February 1, 2004, Coconspirator One then wire transferred these funds to his personal bank account with Hana Bank in Panmunjom, Korea and withdrew approximately $40,000 in cash, which he gave to Defendant FIDEL DIAZ.

w.  On or about May 1 through June 1, 2004, Defendant FIDEL DIAZ used his position as the Accountable Officer for supplies at Camp Giant, Korea and repeatedly accessed the DOD electronic inventory system, "Supply System 2000", in order to created false delivery ISO numbers for 40 non-existent electrical transformers in order to conceal that he had authorized payments for these transformers, which he knew would never be delivered.

**All in violation of Title 18, United States Code, Section 371, and pursuant to the extraterritorial venue provision, Title 18, United States Code, Section 3238.**

Respectfully Submitted,

DATED: _____, 2005, at Washington, DC.

NOEL L. HILLMAN
Chief, Public Integrity Section

By:  _____

JAMES A. CROWELL IV
JOHN P. PEARSON
Trial Attorneys
U.S. Department of Justice
Criminal Division
Public Integrity Section
10th & Constitution Ave., NW
Bond Building
Washington, DC 20530
(202) 514-1412

10

james.crowell@usdoj.gov
john.pearson@usdoj.gov

NLH:SMG:JAC:bdd
Typed: 5/16/05   Re-typed: 5/26/05
Records      Section Chron
Crowell     ACTS#2005000162


NLH:SMG:JAC:bdd
Typed: 5/16/05   Re-typed: 5/26/05
Records      Section Chron
Crowell     ACTS#2005000162


NLH:SMG:JAC:bdd
Typed: 5/16/05   Re-typed: 5/26/05
Records      Section Chron
Crowell     ACTS#2005000162


NLH:SMG:JAC:bdd
Typed: 5/16/05   Re-typed: 5/26/05
Records      Section Chron
Crowell     ACTS#2005000162


NLH:SMG:JAC:bdd
Typed: 5/16/05   Re-typed: 5/26/05
Records      Section Chron
Crowell     ACTS#2005000162