IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. |
| | ) | |
| FIDEL DIAZ, | ) | 18 U.S.C. § 371 |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## FACTUAL BASIS FOR PLEA

The United States of America, by and through its undersigned attorneys within the United States Department of Justice, Criminal Division, Public Integrity Section, and the Defendant, FIDEL DIAZ, personally and through his undersigned counsel, hereby stipulate to the following facts pursuant to United States Sentencing Guidelines § 6A1.1 and Rule 32(C)(1) of the Federal Rules of Criminal Procedure, that beginning in or about March 22, 2002 and continuing until approximately July 26, 2004, in Seoul, Korea and elsewhere:

1.  Defendant FIDEL DIAZ was employed as an official of the United States Department of Defense (DOD), serving as the Chief of the Supply and Storage Division ("Chief") for the United States Army, Department of Public Works (DPW) for United States Forces, Korea (USFK) and responsible for purchases of material by and for the DOD used by the DPW at Camp Giant, Korea.

2. The DPW was responsible for performing engineer support functions related to the operation, maintenance, repair, and construction of USFK facilities located on 16 United States Army installations in the Western Corridor region of Korea.

3. Defendant FIDEL DIAZ in his capacity as Chief approved or directed others to approve purchases from and payments to Korean companies for the performance of services and provision of supplies for USFK.

4. Defendant FIDEL DIAZ in his capacity as Chief also served as the Accountable Officer for all government purchases made by DPW Supply Division employees through the United States Government Purchase Card (GPC) program, which permits certain government officials to purchase goods and services of less than $25,000 on a government credit card.

5. Under the GPC program, any government purchase over $2,500 requires competitive bidding. DOD government acquisition policy requires a minimum of three bids, and the GPC cardholder is responsible for selecting the vendor for a purchase following approval by his/her Accountable Officer.

6. Submitted bids are usually one-page documents that list the services requested by the USFK and a proposed cost. The GPC cardholder has great liberty in how the bid is solicited, but is required to ensure that the most competitive bid is selected.

7.  As Chief of the DPW Supply Division and Accountable Officer, Defendant FIDEL DIAZ was responsible for ensuring that his and his subordinates use of their GPC credit cards conformed to DOD acquisition policy.  Between 2002 and 2004, Defendant FIDEL DIAZ supervised over 10 employees and was responsible for the purchases of nearly $6 million worth of material for USFK by the DPW.

8.  Coconspirator One owned and operated a Korean company doing business with the DOD in Seoul, Korea.

9.  Coconspirator Two owned and operated a Korean company doing business with the DOD in Seoul, Korea.

10.  Coconspirator Three was employed by a Korean company doing business with the DOD in Seoul, Korea.

### THE SCHEME

11.  Beginning in or about March 22, 2002 and continuing until approximately July 26, 2004, in Seoul, Korea and elsewhere, Defendant FIDEL DIAZ used his official position to violate DOD contracting rules and falsify numerous purchasing documents and delivery receipts causing the DPW to purchase forty (40) non-existent electrical transformers from Coconspirator One and Coconspirator Two.

12.  Defendant FIDEL DIAZ directed his subordinate employees to sign blank GPC credit card transactions.  Defendant FIDEL then used these blank credit card authorizations and his own GPC

government purchase card to authorize the payment by DOD of $197,918.33 to Coconspirator One and $49,896.88 to Coconspirator Two in payment for the acquisition and delivery of 37 electrical transformers that were never delivered to the DPW.

13. All of the funds charged on the GPC credit card for Coconspirator One's company were charged on Defendant FIDEL DIAZ' credit card and electronically transmitted from the GPC Visa, Inc. Finance Center in Seoul, Korea to Coconspirator One's personal bank account with KEB Bank in Munsan, Korea. Coconspirator One then wire transferred the GPC payment from his KEB bank account to his personal bank account with Hana Bank in Panmunjom, Korea and withdrew approximately 80 percent of the DOD payment in cash which he then gave to Defendant FIDEL DIAZ in exchange for his facilitating the fraudulent purchases.

14. All of the funds charged on the GPC credit card for Coconspirator Two's company were charged on several of Defendant FIDEL DIAZ' subordinates' credit cards and electronically transmitted from the GPC Visa, Inc. Finance Center in Seoul, Korea to Coconspirator Two's bank account in Seoul, Korea. Coconspirator Two then withdrew approximately 80 percent of the DOD payment in cash and gave it to Defendant FIDEL DIAZ in exchange for his facilitating the fraudulent purchases.

15. Defendant FIDEL DIAZ also created and approved false purchase and payment orders for Coconspirator Three's company to

receive a wire transfer payment of $61,163.37 from DOD for the purchase of three (3) non-existent electrical transformers. Defendant FIDEL DIAZ created a false delivery receipt, which he signed as the Accountable Officer verifying delivery of the three (3) non-existent transformers.  Then, Coconspirator Three, as arranged and directed by Defendant FIDEL DIAZ, wire transferred $55,000 of this amount to Coconspirator One's KEB bank account in Munsan, Korea.

16. Coconspirator One then wire transferred these funds to his personal bank account with Hana Bank in Panmunjom, Korea and withdrew approximately $40,000 in cash, which he gave to Defendant FIDEL DIAZ in exchange for his facilitating the fraudulent purchases.

17. The DPW used an automated system and related records to capture day-to-day operating cost data required to effectively manage current year financial resources and prepare budgets for future years.  The DPW used the automated inventory tracking system "Supply System 2000" which provided Defendant FIDEL DIAZ with up-to-date data on material inventory and requirements. Defendant FIDEL DIAZ used his position as Chief and Accountable Officer in order to input or direct others to input false inventory data with respect to the procurement of the 40 electric transformers.

18. In total, Defendant FIDEL DIAZ solicited and accepted at least $200,000 in cash from Coconspirator One and Coconspirator Two in exchange for arranging the bogus purchases of 40 electrical transformers by the DPW.

Dated: June ___, 2005.

| FOR THE Defendant | FOR THE UNITED STATES |
|---|---|
| _____ | |
| FIDEL DIAZ | NOEL L. HILLMAN |
| Defendant | Chief |
| | Public Integrity Section |
| | |
| _____ By: | _____ |
| Dani Jahn | JAMES A. CROWELL IV |
| Assistant Federal Public Defender | Trial Attorney |
| | |
| Federal Public Defender for the District of Columbia | U.S. Department of Justice Criminal Division |
| 625 Indiana Ave. NW, Suite 550 | Public Integrity Section |
| Washington, DC. 20004 | 10th & Constitution Ave., NW |
| (202)208-7500 | Bond Building |
| dani_jahn@fd.org | Washington, DC 20530 |
| | (202) 514-1412 |
| | James.crowell@usdoj.gov |

NLH:SMG:JAC:bdd
Typed: 05/12/05    Re-typed: 5/26/05
Records     Section Chron.
Crowell     ACTS# 2005000162