UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Criminal Action No. 05-0262 (JGP) |
| v. ) | |
| ) | |
| ) | |
| ) | |
| FIDEL DIAZ ) | |
| ) | |

ORDER

This matter comes before the Court on Defendant's unopposed motion for payment of travel expenses [6]. Defendant has represented to the Court that he has previously been determined to be indigent. Accordingly, pursuant to 18 U.S.C. § 4285, it is hereby

**ORDERED** that the United States Marshal arrange for non-custodial transportation to and from the hearing set for August 4, 2005 at 2:30 P.M. before this Court.

DATE: July 21, 2005                                        JOHN GARRETT PENN
                                                           **United States District Judge**