*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | **Criminal Action No. 05-0262 (JGP)** |
| **v.** ) | |
| ) | |
| ) | |
| **FIDEL DIAZ** ) | |
| ) | |

**CORRECTED ORDER**

This matter comes before the Court on Defendant's unopposed motion for payment of travel expenses [6]. Defendant has represented to the Court that he has previously been determined to be indigent. Accordingly, pursuant to 18 U.S.C. § 4285, it is hereby

**ORDERED** that the United States Marshal arrange for Defendant's non-custodial transportation between his home in Visalia, California and Washington, D.C. to attend and return from the hearing set for August 4, 2005 at 2:30 P.M. before this Court.

**DATE: July 27, 2005**                                     **JOHN GARRETT PENN**
                                                                                       **United States District Judge**