UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**   ) | |
| ) | |
| ) | **Criminal Action No. 05-0262 (JGP)** |
| v.   ) | |
| ) | |
| ) | |
| ) | |
| **FIDEL DIAZ**   ) | |
| ) | |

**ORDER**

On August 4, 2005 Defendant pled guilty to a one-count criminal information. Accordingly, it is hereby

**ORDERED** that the parties are permitted to file memoranda in aid of sentencing on or before November 10, 2005; and it is further

**ORDERED** that this matter is set down for sentencing on November 17, 2005 at 10 A.M. in Courtroom 15.


**DATE: August 5, 2005**                                    **JOHN GARRETT PENN**
                                                            **United States District Judge**