CO-526
(12/86)

**FILED**

AUG 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           )
                                   )
                                   )
         vs.                       )    Criminal No. 05-262
                                   )
                                   )
   Fidel Diaz                      )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney
   Trial

Approved:

_____
Judge   8/4/2005
        3:55pm