AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

FILED

──────────── DISTRICT OF ────────────

AUG   4 2005

UNITED STATES OF AMERICA

v.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF INDICTMENT

*Fidel Diaz*

CASE NUMBER: 05-262

I, _Fidel Diaz_____, the above named defendant, who is accused of

*Conspiracy*

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on ____*August 4, 2005*____ prosecution by indictment and consent that the
                        Date

proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
            Judicial Officer    3:45 PM
                                8/4/2005