UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No.  05-262 (JGP) |
| | : | |
| **FIDEL DIAZ,** | : | |
| | : | |
| **Defendant.** | : | |

**DEFENDANTS' UNOPPOSED MOTION FOR PAYMENT OF
TRAVEL EXPENSES PURSUANT TO 18 U.S.C. § 4285**

Fidel Diaz, through counsel, hereby moves this Court to enter the attached Order, which will authorize and direct the marshal to make travel arrangements designed to bring Mr. Diaz from his home in Visalia, California, to the next court date in the above captioned case, and to return him home at the conclusion of the hearing.  Government counsel was contacted and indicated that they do not oppose this motion.

Mr. Diaz has previously been determined to be financially indigent and to qualify for court appointed counsel.  Mr. Diaz appeared and pled guilty in this Court on August 4, 2005 to a One Count Information charging him with Conspiracy to Commit Crimes Against the United States, in violation of 18 U.S.C. § 371.

Pursuant to 18 U.S.C. § 4285, this statute provides that this Court may

direct the United States marshal to arrange for [an indigent

defendant's] means of noncustodial transportation or furnish the

fare for such transportation to the place where his appearance is

required, and in addition may direct the United States marshal to

furnish that person with an amount of money for subsistence

expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code.

Accordingly, Mr. Diaz respectfully requests that the Court enter the attached Order directing the marshal to make appropriate arrangements to facilitate his appearance in court for his sentencing on Thursday, November 17, 2005 at 10:00 a.m. and his return to California afer his appearance.

Respectfully submitted,
A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC  20004
(202) 208-7500