UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Crim. No.  05-262 (JGP) |
| : | |
| FIDEL DIAZ, : | |
| : | |
| Defendant.   : | |

**ORDER**

Good cause having been shown, and a previous determination that Mr. Diaz is indigent, it is this _____ day of _____, 2005, hereby

**ORDERED** that pursuant to 18 U.S.C. § 4285, the Marshal's Service is to arrange for non-custodial transportation to and from the hearing scheduled for Thursday, November 17, 2005 at 10:00 a.m.

_____
THE HONORABLE JOHN G. PENN
United States District Court Judge

James Crowell
Trial Attorney
1400 New York Ave., N.W.
Washington, D.C.  20005

Dani Jahn
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

United States Marshal's Service
Prisoner Services Section