*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-0262 (JGP) |
| | ) | |
| FIDEL DIAZ, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

This matter comes before the Court on Defendant's unopposed motion for payment of travel expenses [16]. It has previously been determined that Mr. Diaz is indigent. Accordingly, pursuant to 18 U.S.C. § 4285, it is hereby

**ORDERED** that the United States Marshal arrange for Defendant's non-custodial transportation between his home in Visalia, California and Washington, D.C. to attend and return from the hearing set for November 17, 2005 at 10:30 P.M. before this Court.

DATE: November 7, 2005

JOHN GARRETT PENN
United States District Judge