HONORABLE JOHN GARRETT PENN
UNITED STATES DISTRICT JUDGE

FILED

DEC 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

Fidel Diaz                         Docket No.: CR 05-262-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that __Fidel Diaz__ having been sentenced, on November 17, 2005, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __USP Lompoc__, in __Lompoc, CA  93436__ by 2 p.m., on __January 17, 2006__.

DEC 2 2 2005
Date

JOHN GARRETT PENN
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_____                _____
**ATTORNEY/U.S. PROBATION OFFICER**              **DEFENDANT**

Revised 6-2004